# Order

Michigan Supreme Court
Lansing, Michigan

August 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131010

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                SC: 131010
                                                 COA: 258012
                                                 Oakland CC: 04-194666-FH
DAVID MIRANDA CAPELES,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the February 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

d0821                                            Clerk